435 A.2d 660

Commonwealth v. Gajewski, Appellant.

Ar-

628

gued January 28, 1981. James P. Geoghegan, for appellant; James Hylan, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

The order dated March 25, 1980 is affirmed on the comprehensive opinion of Judge Smillie.